IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DONNIE LEE STANDLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CORECIVIC, et al,<br><br>Defendants. | Cause No: 4:24-CV-118-DWM<br><br>ORDER<br>DISMISSING CASE |

The parties have settled all remaining claims, and Defendants have filed an unopposed motion seeking dismissal of Plaintiff's claims against Defendants, with prejudice. (Doc. 121.) The motion is **GRANTED**.

Accordingly, it is **HEREBY ORDERED** that this case is **DISMISSED, with prejudice**, with respect to all remaining Defendants. Each party shall bear its own costs and attorney fees.

DATED this 16th day of October, 2026.

Donald W. Molloy, District Judge
United States District Court